30455. U-DRIV-IT SYSTEM OF MACON ́INC. *v.* LYLES.

SUTTON, P. J. The record in this case is substantially the same as that in *U-Driv-It System of Macon Inc.* v. *Lyles,* ante, the only difference being in the amount of the judgment, and a slight variation in the date; and therefore this case is controlled by the decision in that case.

*Judgment affirmed. Felton and Parker, JJ., concur.*

DECIDED MAY 6, 1944.